BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

------------------------------------------------------------ X
IN RE JPMORGAN CHASE PAYCHECK | MDL No. 2944
PROTECTION PROGRAM LITIGATION |
| **SCHEDULE OF ACTIONS**
|
|
|
|
|

|    | **Case Captions** | **Court** | **Civil Action No.** | **Judge** |
|----|-------------------|-----------|----------------------|-----------|
| 1. | **Plaintiffs:** Cyber Defense Group, LLC; In the Mix Promotions, Inc. **Defendants**: JPMorgan Chase & C0.; JPMorgan Chase Bank, N.A.; and Does 1-10 | C.D. Cal. | 2:20-cv-03589-AB-JEM | Andre Birotte, Jr. |
| 2. | **Plaintiffs:** Outlet Tile Center **Defendants:** JPMorgan Chase & Co.; United States of America; Does 1 through 10 | C.D. Cal. | 2:20-cv-03603-GW-MAA | George H. Wu |
| 3. | **Plaintiffs:** Legendary Transport, LLC **Defendants:** JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; Bank of America, N.A. Wells Fargo Bank, N.A.; Citibank, N.A. | C.D. Cal. | 2:20-cv-03636 | Otis D. Wright, II |
| 4. | **Plaintiffs:** American Video Duplicating, Inc.; Tush Law, Ltd.; Kenneth Hahn dba Cal State Financial **Defendants:** Citigroup Inc.; Citibank, N.A.; US Bancorp; US Bank, N.A.; JP Morgan Chase & co.; JPMorgan Chase Bank, N.A.; Wells Fargo & co.; Wells Fargo N.A.; Bank of America Co.; Bank of America N.A.; Live Oak Bancshares Inc.; Live Oak Banking Co.; Paypal Holdings, Inc.; Newtek Business Services, Inc.; Harvest Small Business Finance; Doe Lenders 1-4,975 | C.D. Cal. | 2:20-cv-03815-ODW-AGR | Otis D. Wright, II |
| 5. | **Plaintiff:** Hyde-Edwards Salon & Spa **Defendants:** JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A. | S.D. Cal. | 3:20-CV-00762-DMS-MDD | Dana M. Sabraw |

| | | | | |
|---|---|---|---|---|
| 6. | **Plaintiffs:**<br>Sha-Poppin Gourmet Popcorn LLC<br>**Defendants:**<br>JP Morgan Chase Bank, N.A.; RCSH Operations, LLC; Phunware, Inc. | N.D. Ill. | 1:20-cv-02523 | Joan B. Gottschall |
| 7. | **Plaintiffs:**<br>Shiny Strands, Inc.<br>**Defendants:**<br>JPMorgan Chase & Co.; JPMorgan Bank, N.A. | N.D. Ill. | 1:20-cv-02547 | Matthew F. Kennelly |
| 8. | **Plaintiffs:**<br>Ryan M. Kull Licensed Clinical Social Work LLC<br>**Defendants:**<br>Chase Bank USA, N.A.; JP Morgan Chase and Co.; Does 1-50 | S.D.N.Y. | 1:20-cv-03138-NRB | Naomi Reice Buchwald |
| 9. | **Plaintiffs:**<br>Starwalk of Dallas, LLC and Kona-Wood Houston, LLC<br>**Defendants:**<br>JPMorgan Chase & Co. D/B/A Chase Bank | N.D. Tex. | 3:20-cv-01005-X | Brantley Starr |
| 10. | **Plaintiffs:**<br>Ladaga Ventures LLC<br>**Defendants:**<br>JPMorgan Chase Bank, N.A. | D. Colo. | 1:20-cv-01204-PAB | Philip A. Brimmer |

Dated: May 7, 2020

*Respectfully submitted,*
**STALWART LAW GROUP**

_____
Dylan Ruga (235969)
Ji-In Houck (280088)
David M. Angeloff (272929)
1100 Glendon Ave., Ste. 1840
Los Angeles, CA 90024
Phone: (310) 954-2000
Email: dylan@stalwartlaw.com
Email: jiin@stalwartlaw.com
Email: david@stalwartlaw.com

*Attorneys for: (i) Plaintiffs Cyber Defense Group, LLC, In the Mix Promotions, Inc., and the Proposed Class in C.D. Cal. Case No. 20-cv-3589; and (ii) Plaintiff Ryan M. Kull Licensed Clinical Social Work LLC, and the Proposed Class in S.D.N.Y. Case No. 20-cv-3138.*