**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| IN RE: JPMORGAN CHASE PAYCHECK PROTECTION PROGRAM LITIGATION | ) ) ) ) | MDL No. 2944 |

**STIPULATION REGARDING REMOVAL FROM SCHEDULE OF ACTIONS**

The undersigned parties, through their respective counsel, stipulate that *American Video Duplicating, Inc., et al. v. Citigroup Inc., et al.*, No. 2:20-cv-03815-ODW-AGR (C.D. Cal.) should be removed from the Schedules of Actions filed in this matter.  This action is the subject of and is included in the Schedule of Actions for a separate motion pending before the Panel, *In re Paycheck Protection Program (PPP) Agent Fees Litigation*, MDL No. 2950 (filed May 22, 2020).

Respectfully submitted,

Dated: June 5, 2020

*/s/ Gregory E. Ostfeld*
Gregory E. Ostfeld
**GREENBERG TRAURIG LLP**
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 465-8435
Email: ostfeldg@gtlaw.com

*Counsel for Defendant JPMorgan Chase Bank, N.A.*

Dated: June 5, 2020

*/s/ Robert K. Shelquist*
Robert K. Shelquist
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: rkshelquist@locklaw.com

*Counsel for Plaintiff Hyde-Edwards Salon & Spa*

550053.1

Dated: June 5, 2020

/s/ Dylan Ruga
Dylan Ruga (235969)
**STALWART LAW GROUP**
1100 Glendon Ave., Ste. 1840
Los Angeles, CA 90024
Phone: (310) 954-2000
Email: dylan@stalwartlaw.com

*Attorneys for: (i) Plaintiffs Cyber Defense
Group, LLC, In the Mix Promotions, Inc., and
the Proposed Class in C.D. Cal. Case No. 20-
cv3589; and (ii) Plaintiff Ryan M. Kull Licensed
Clinical Social Work LLC, and the Proposed
Class in S.D.N.Y. Case No. 20-cv-3138.*

Dated: June 5, 2020

/s/ Benjamin J. Meiselas
Benjamin J. Meiselas
**GERAGOS & GERAGOS, APC**
Historic Engine Co.  No.  28
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone: (231) 625-3900
Facsimile: (231) 232-3255
meiselas@geragos.com

*Attorneys for Plaintiffs American Video Duplicating,
Inc., Tush Law Ltd., and Kenneth M. Hahn d/b/a Cal
State Financial*